

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00380-CV

**PRYOR LEGACY PROPERTIES, LLC**,
Appellant

v.

**RANCHES AT OVERHILLS PROPERTY OWNERS ASSOCIATION, INC.**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 23-17275
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is **AFFIRMED** in part and **REVERSED AND REMANDED** in part.

We **REVERSE** the trial court's judgment to the extent it granted summary judgment on Appellee's breach of contract claim and on Appellant's affirmative defense of estoppel and negligence counterclaim. Because we have reversed the trial court's summary judgment as to the Appellee's breach of contract claim, we also **REVERSE** the trial court's award of attorney's fees, litigation costs, and injunctive relief based upon its determination that the Appellee was the prevailing party. We **REMAND** Appellee's breach of contract claim, Appellant's affirmative defense of estoppel and negligence counterclaim, as well as the parties' requests for attorney's fees, litigation costs, and injunctive relief, to the trial court for further proceedings consistent with this opinion.

In all other respects, the trial court's judgment is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

SIGNED September 24, 2025.

_____
Velia J. Meza, Justice